FILED
2020 AUG 5 PM 2:42
CLERK
U.S. DISTRICT COURT

RECEIVED CLERK
JUL 3 0 2020
U.S. DISTRICT COURT

Name: Dione Cecile Richardson
Address: 1834 Independence Blv. Unit "H" Salt Lake City, UT 84116
Telephone: 801-330-3331

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## _____ DIVISION

Dione Cecile Richardson
(Full Name)
PLAINTIFF

vs.

Joseph Fisher
Jeff Lamb
Brian Staley
Western States
Roy Trawick
DEFENDANTS

**CIVIL RIGHTS COMPLAINT**
(42 U.S.C §1983, §1985)

Case: 2:20-cv-00541
Assigned To : Parrish, Jill N.
Assign. Date : 7/30/2020
Description: Richardson v. Fisher et al

## A. JURISDICTION

1. Jurisdiction is proper in this court according to:

    a. **X** 42 U.S.C. §1983
    b. ___ 42 U.S.C. §1985
    c. **X** Other (Please Specify) Section 1981

2. NAME OF PLAINTIFF Dione Cecile Richardson
   IS A CITIZEN OF THE STATE OF Utah

   PRESENT MAILING ADDRESS: 1834 Independence Blv. Unit "H"
   Salt Lake City, Ut, 84116

3. NAME OF FIRST DEFENDANT Joseph Fisher
   IS A CITIZEN OF Park City Utah,
   (City and State)
   IS EMPLOYED AS General manager at Embassy Suites
   (Position and Title if Any)    (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES ✓ NO ___. If your answer is "YES" briefly explain.

   Joseph did nothing to stop the harassment & demoted me after I spoke to HR he was negligent
   Hostile work environment

4. NAME OF SECOND DEFENDANT Jeff Lamb
   (If applicable)

   IS A CITIZEN OF Salt Lake City, Utah
   (City and State)
   IS EMPLOYED AS VP Human Resources at Embassy Suites Hilton
   (Position and Title if Any)    (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES ✓ NO ___. If your answer is "YES" briefly explain.

   I went and spoke to Jeff about the treatment at work. He asked did I think (JF) was a racist, I said "I don't know, is he? He started laughing

5. NAME OF THIRD DEFENDANT Brian Otabi
   (If applicable)

   IS A CITIZEN OF Salt Lake City, Utah
   (City and State)
   IS EMPLOYED AS HR Generalist at Embassy Suites Hilton
   (Position and Title if Any)    (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ✓ NO ___. If your answer is "YES" briefly explain.

Brian was there my last visit to HR when I told them Joseph was a raciest and a bunch of drug addites & Illegals were working there & showed pictures of drugs I found

6. NAME OF FOURTH DEFENDANT Western States Lodging
   (If applicable)

   IS A CITIZEN OF Salt Lake City, Utah
   (city and State)

   IS EMPLOYED AS Management at Embassy Suites Hilton
   (Position and Title if Any)   (Organization)

   Was the defendant acting under the authority or color of state law at the time these claims occurred?

   YES ✓ NO ___. If your answer is "YES" briefly explain.

   I complained many times and was told I'm playing the race card, a P/T disabled employee was called a disabled NIGxxer yet nothing happened

(Use additional sheets of paper if necessary.)

## B. NATURE OF CASE

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem.

   I am bringing this case against the Defendants because I was robbed on there property, Discriminated due to my race, Denied a promotion, Sexually Harassed, Demoted, the duty of care was Breached, negligent infliction of emotional distress

6

Name of Fifth Defendant
Roy Trawick-MD

Is a citizen of
Salt Lake City

Is Employed as
Treating Physician
The Orthopedic Specialty
Clinic @ TOSH

Was the defendant acting
under the authority of
Color of State law at the
time these claims occurred?
YES!

Roy Trawick only worked on
my shoulder, after me telling
him about my back & the MRI
showing the Rib Dysfunction, Bulging DISK
he told me the numbness in
my right finger tips would
return to normal (Still Numb)
another Doctor informed me
11-2018 the reason I wasn't getting
any better was because he worked

on the wrong body part. I had a MRI done my paperwork says without Contrast yet I had it with Contrast. Soon after I started having side effects headaches, numbness, dizziness, itching, Hot flashes.

## C. CAUSE OF ACTION

1. I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

   a. (1) Count I: Denied Promotion

   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.) (Joseph Fisher) after I was robbed I applied for a room inspectors position on indeed, a few days later the Front dest supervisor informed me I would get a inteview I never did, I asked JF. he informed me the position was "scrapped" I later found out it was given to 2 Housekeepers that were hired after me.

   b. (1) Count II: Slandered

   (2) Supporting Facts: Joseph Fisher started telling my supervisors + coworkers I was faking my Injuries from the slip and Fall 2 weeks after the robbery due to 1 of many Drug addicts he hired + lack of Security

   c. (1) passed on a well deserved ~~there doctors~~ promotion

(2)   Supporting Facts: My Supervisor came and told me what (JF) said and coworkers also, I once over heard (JF) talking about me in a not so good manner.

### D. INJURY

1.   How have you been injured by the actions of the defendant(s)?

I tore my Rotar Cuff, Rib Dysfunction, Herniated Disks Negligent Infliction of Emotional Distress, Psychological Trauma, Egregious Trauma

### E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1.   Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment?
YES  X   / NO _____.   If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

   a.      Parties to previous lawsuit:
           Plaintiff(s): Diane Richardson
           Defendant(s): Salo Hotel / Workers Compensation Fund
   b.   Name of court and case or docket number:   19-0011

    c.    Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __It was settled__

    d.    Issues raised: __My Injuries by accident "Rotar Cuff, Shoulder, Rib Dysfunction Back issues__

    e.    When did you file the lawsuit? __10__ __11__ __2018__
                                                             Date  Month  Year

    f.    When was it (will it be) decided? __June 2019__

2.    Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES __✓__ / NO ____. If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought. __I was awarded $16,000.°° ($3,750.°° went to my Attorney's Fees) this was thru Workman's Comp Fund onetime lump sum__

### F. REQUEST FOR RELIEF

1.    I believe that I am entitled to the following relief:

__$1,000,000 from each Defendant because each had a duty of Care and they all breached their duties to me! Mentally + Physically.__

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C §1621.

Executed at __1834 Independence__ on __July 20__, 20__20__
  (Location)          (Date)

__Diana Richardson__
Signature

## APPENDIX D

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Dione C Richardson**
(Name of pleading)

was mailed/delivered to **Western States** at **1018 Atherton Dr**
(choose one) (Name of defendants) or    (Address) **Salt Lake City**
defendant's attorney)                              **UT, 84123**

on **7·20·2020**
(Date)