## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **DIONE CECILE RICHARDSON,**<br><br>       **Plaintiff,**<br><br>       **v.**<br><br>**JOSEPH FISHER, JEFF LAMB, BRIAN STALEY, WESTERN STATES and ROY TRAWICK,**<br><br>       **Defendants.** | **REPORT & RECOMMENDATION**<br><br>**Case No. 2:20-cv-00541**<br><br>**District Court Judge Jill N. Parrish**<br><br>**Magistrate Judge Dustin B. Pead** |

On August 5, 2020, the court granted Plaintiff Dione Cecile Richardson ("Plaintiff" or "Ms. Richardson") leave to proceed without prepayment of fees pursuant to 28 U.S.C. § 1915 (the "IFP Statute") and placed her complaint on the court docket. (ECF No. 2; ECF No. 3.) Shortly thereafter, the court conducted a review and determined that Plaintiff's complaint failed to state a claim upon which relief could be granted. (ECF No. 7.) Consistent therewith, the court granted Plaintiff leave to amend and on August 31, 2020, Plaintiff timely filed her amended pleading. (ECF No. 8.) Upon review, the court determined that Plaintiff's amended complaint failed to address the deficiencies of her original pleading and granted her leave to file a second amended pleading no later that October 5, 2020. (ECF No. 9.) The court warned that a failure to timely file or strictly comply with the court's order would result in a recommendation of dismissal to the District Court. (*Id.*).

As of this date Plaintiff has not filed her second amended pleading and the time within which to do so has expired. Accordingly, for the reasons set forth in the September 22, 2020, Ruling and Order, the Court recommends dismissal of Plaintiff's action for "fail[ure] to state a claim on which relief may be granted." 28 U.S.C. § 1915(e)(2).

Copies of the foregoing Report and Recommendation are being sent to all parties who are hereby notified of their right to object. Within fourteen (14) days of being served with a copy, any party may serve and file written objections. *See* 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(b). Failure to object may constitute a waiver of objections upon subsequent review.

IT IS SO ORDERED this 7th day of October 2020.

BY THE COURT:

Dustin B. Pead
U.S. Magistrate Judge