FILED
2021 SEP 10 AM 10:23
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DIONE CECILE RICHARDSON,<br><br>            Plaintiff,<br><br>v.<br><br>JOSEPH FISHER, JEFF LAMB, BRIAN STALEY, WESTERN STATES and ROY TRAWICK,<br><br>            Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**<br><br><br>Case No. 2:20-cv-00541-JNP-DBP<br><br>District Judge Jill N. Parrish |

Magistrate Judge Dustin B. Pead issued a Report and Recommendation that the court dismiss plaintiff Dione Cecile Richardson's action for failure to state a claim. Judge Pead notified Richardson that a failure to file a timely objection to his recommendation could waive any objections to it. No objection was filed within the allotted time.

Because no party objected to the Report and Recommendation, any argument that it was in error has been waived. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). The court will decline to apply the waiver rule only if "the interests of justice so dictate." *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991). The court has reviewed the Report and Recommendation and concludes it is not clearly erroneous. Thus, the court finds that the interests of justice do not warrant deviation from the waiver rule and ADOPTS IN FULL the Report and Recommendation.

Accordingly, the court ORDERS as follows:

1. The Report and Recommendation, ECF No. 15, is ADOPTED IN FULL.

2. The court DISMISSES this action WITH PREJUDICE.

**DATED** September 10, 2021.

                              BY THE COURT:

                              _____
                              JILL N. PARRISH
                              United States District Judge